IN THE COURT OF APPEALS

FOR THE STATE OF TEXAS

TWELFTH DISTRICT

FILED IN COURT OF APPEALS
12th Court of Appeals District

FEB 2 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

KENNETH CRISSUP §

    PLAINTIFF §

V. § CAUSE NO. _____

WILLIAM STEPHENS,ET AL § ( TRIAL NO. 349-7261 )

    DEFENDANTS §

AFFIDAVIT OF INDIGENCY WITH ATTACHED TRUST FUND STATEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES ,NOW,APPELLANT,Kenneth Crissup,TDCJ #1258732,an inmate, hereby DECLARES and AFFIRMS that" I AM INDIGENT AND UNABLE TO PAY THE COURT COSTS.IVERIFY THAT THE STATEMENTS MADE IN THIS AFFIDAVIT ARE TRUE AND CORRECT." and hereby state the following facts:

1. I am presently incarcerated in the Michaels Unit of the Texas Department of Criminal Justice,located at 2664 FM 2054,Tennessee colony Texas in Anderson County;

2. I have no source of income;

3. During my incarceration in th eTexas Department of criminal Justice I have received approximately $5.00 per month as gifts from friends and family;

4. I currently have $13.73 credited in my inmate trust account;

5. I neither own or have an interest in any realty,stocks ,bonds or bank accounts and I receive no interst or dividend ;

6. I have no dependants;

7. I have total debts of approximately 1.2 million in back taxes;

8. I receive no state or federal cash benefits;

9. I owe $0.00 in restitution;

10. My monthly expenses are $25.00.

Being presently incarcerated in the Michaels Unit of the Texas Department of criminal Justice in Anderson County Texas,I verify and declare under penalty of Perjury that the foregoing statements are true and correct.

EXECUTED ON THIS THE ___29___ DAY OF JANUARY,2015.

Kenneth Crissup #1258732

2.

```
CSINIB02/CINIB02    TEXAS DEPARTMENT OF CRIMINAL JUSTICE          01/28/15
MI59/SS00136               IN-FORMA-PAUPERIS DATA                 10:12:49
TDCJ#: 01258732 SID#: 07234893 LOCATION: MICHAEL        INDIGENT DTE:
NAME: CRISSUP,KENNETH                   BEGINNING PERIOD: 07/01/14
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:        13.73 TOT HOLD AMT:        0.00 3MTH TOT DEP:      110.00
6MTH DEP:          125.00 6MTH AVG BAL:       41.11 6MTH AVG DEP:      20.83
MONTH HIGHEST BALANCE TOTAL DEPOSITS    MONTH HIGHEST BALANCE TOTAL DEPOSITS
12/14     31.63           0.00       09/14     47.83          15.00
11/14     66.63           0.00       08/14     32.83           0.00
10/14    129.13         110.00       07/14     32.83           0.00
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF Anderson
ON THIS THE 28th DAY OF January, 2015 I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____

BARBARA ELLEN GILMORE
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 11/17/2015
NOTARY WITHOUT BOND
NOTARY PUBLIC
STATE OF TEXAS